PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _Norther_ DISTRICT OF TEXAS
_Lubbock_ DIVISION

SEP 17 2024 AM 8:21
FILED - USDC - NDTX - LU

_Scott Simpson  #2079723_
Plaintiff's Name and ID Number

_John Montford Unit_
Place of Confinement

**5-24CV-209-B**

CASE NO._____
(Clerk will assign the number)

v.

_T. Armstrong, FHA, 8602 Peach Avenue, Lubbock, TX, 79404_
Defendant's Name and Address

_C. Duncan, Administrator, 8602 Peach Avenue, Lubbock, TX, 79404_
Defendant's Name and Address

_K. Sherrill, Provider, 8602 Peach Avenue, Lubbock, TX, 79404_
Defendant's Name and Address
( DO NOT USE "ET AL.")

_____

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred.  If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID),  the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

II.    PLACE OF PRESENT CONFINEMENT: John Montford Unit

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A.  Name and address of plaintiff: Scott L. Simpson #2079723
8602 Peach Avenue, Lubbock, TX

B.  Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Travis Armstrong, Facility Health Administrator, U.T.M.B
8602 Peach Avenue, Lubbock, TX 79404
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Has oversight of grievance actions with ability to correct or give direction.

Defendant #2: Coley Duncan, Administrator, U.T.M.B,
8602 Peach Avenue, Lubbock, TX 79404
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Is aware of the pain I experience and approved and supported Sherrill.

Defendant #3: Krystal Sherrill, Provider, U.T.M.B
8602 Peach Avenue, Lubbock, TX 79404
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Wouldn't reinstate medical restrictions or give new ones to pre-empt injury.

Defendant #4: Eric Guy, Provider, Robertson Unit, 12071 FM 3522
Abilene, TX 79601
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Removed permanent medically unassigned restriction after surgery despite protests.

Defendant #5: A. Ballard, UGI, TDCJ, John Montford Unit, 8602 Peach Avenue
Lubbock, TX 79404
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Obstructed grievance process and recorded fraudulent dates to time bar, and obfuscated records.

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I have many spine problems w/significant pain and pinched nerves occurring regularly. I obliterated a nerve root in lower back in Jan. 2023, Nurses Garcia & Walker left me immobilized for 3 days in cubicle. I had back surgery in Nov. 2023 that made movement more painful. In Jan 2024 Guy removed permanent medically unassigned restriction I had had for past 5 years. Sherrill refused to put it back or give me more. I get hurt bad again in upper spine in May 2024 w/severe pain occurring down arm for 3+ months. During this time Ballard obstructs grievance process and enters fraudalent dates to time bar. I write Duncan & Armstrong numerous letters trying to resolve. During that time and now I have alot of pain from forced standing that increases with time.

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Direct U.T.M.B or individual named to reinstate continuous medically unassigned restriction and make permanent all current medical restrictions. Sept. 2024

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

_____

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

_____

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ____YES  ✓NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied?    ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?        _____ YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division):_____

    2.  Case number:_____

    3.  Approximate date warning was issued:_____

Executed on: 9-12-2024                  Scott Simpson
         DATE
                                        (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____12th_____ day of _September_ , 20 24 .
             (Day)               (month)        (year)

                                  Scott Simpson
                                        (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

**Accept as Original**

## Texas Department of Criminal Justice

## ~~STEP 2~~    OFFENDER GRIEVANCE FORM

Offender Name: Simpson, Scott    TDCJ # 2079723

Unit: JM    Housing Assignment: TC-4-61

Unit where incident occurred: JM

| OFFICE USE ONLY | |
|---|---|
| Grievance # | ~~20240~~ 2024114483 |
| Date Received: | JUN 0 5 2024 |
| Date Due: | 7.15.24 |
| Grievance Code: | 904 |
| Investigator ID #: | 2992 |
| Extension Date: | |
| Date Retd to Inmate: | JUN 27 2024 |

You must attach the completed Step 1 Grievance that has been signed by the Warden for your **Step 2** appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

I dropped grievance #2024110208 on 5-21-24 concerning my legal folder that was missing from property which I picked up 5-15-24 from property.

I get the grievance #2024110208 back marked ~~Fedor~~ grievable time period has expired on 6-3-24. The grievance is stamped June 3. 2024

Under PD.22,10 this is Falsification of Records which states

An employee shall maintain and submit truthful, accurate and complete records as required by TDCJ. Falsification of records includes altering documents to reflect false information. By signing or submitting a document an employee attests to the truthfulness, accuracy and completeness of the information presented in the document.

A. Ballard signed the document.

I'll point out I'm very well acquainted with the grievable ~~a~~ time period as my record shows, ie my grievance history.

How convenient for TDCJ that these two coincidences happen, my legal folder comes up missing and the grievance on it is made expired.

All my trial transcripts, and processed grievances were in the legal folder.

---

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

Put this grievance on Mrs. Ballards work history or record and process grievance # 2024110208

**Offender Signature:** _____    **Date:** 6-4-24

**Grievance Response:**

Your complaint has been investigated and reviewed. Your allegations have been denied by staff. Grievance boxes are checked daily during the work week and processed/screened accordingly. No further action warranted from this office.

John Lopez, Sr. Warden

**Signature Authority:** _____    **Date:** JUN 0 6 2024

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: | |
| Date CGO Recd: | |
| (check one) ____ Screened ____ Improperly Submitted | |
| Comments: | |
| Date Returned to Offender: | |

**I-128 Back** (Revised 11-2010)

Appendix G



**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2024111483

UGI Recd Date: JUL 0 3 2024

HQ Recd Date: JUL 15 2024

Date Due: 8-12-24

Grievance Code: 904

Investigator ID#: 1-2977

Extension Date:

Offender Name: Scott Simpson    TDCJ# 2079723

Unit: Jm    Housing Assignment: TC-4-61

Unit where incident occurred: Jm

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

The following grievances have had the date stamped and then stamped again changing the date.

Grievance number #2024049009, Stamped Jan. 31 2024 then crossed and stamped Feb. 20 2024. This grievance was signed by the Warden Jan 26 2023 but wasn't returned until Feb. 27 2024

Grievance number #2024049009 has (4) four different dates on the "Office Use Only", one of which is handwritten, stamped Feb 23 2024, Feb 28 2024, the latter being crossed in a attempt to remede. the The other dates, 4-8-2024 is handwritten for the date due. Because if you change the first the rest have to align or its a fraudelent entry. Date Retd to Offender, Feb 28 2024. Obsfucation being the intent.

Grievance number #2024105201 is first stamped May 21 2024 then crossed and stamped May 28 2024

Grievance number 2024118528 is stamped June 24 2024 then crossed and stamped June 27 2024.

Furthermore one will notice grievance number #2024049009 has two different dates on the Retd to Offender that clash with the Step 1 & Step 2 The first being Feb 20 2024 and the Step 2 being stamped Feb 28 2024.

This is only the tip of the iceburg. I still have other grievance numbers out. How am I supposed to get relief from undue pain if my access to courts is being totaly obstructed? Theres not even a method to this chaos,

---

-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

Its just stamp, roll the dice and stamp again.
This grievance (Step2) has been dropped at 7:00am on 7-2-24 into the
locked grievance box with the Step 1
Grievance number 2024110208 was dated by me May 21 2024 and dropped the
same day. UGI stamped it June 3 2024, 12 days later

**Offender Signature:** _Scott_        **Date:** 7-2-24

**Grievance Response**

*Your claims have been investigated by this office. You were appropriately advised at the step 1
level. Grv. 2024110208 was screened in accordance with the guidelines in the Inmate Grievance
Operations Manual. According to your Step-1 the incident happened on 05/15/24, yet you did
not submit a Step-1 until 6/03/24, making it time expired. Inmates have 15 days to file a
grievance, beginning from the date of the alleged incident or when the inmate should have
knowledge of the incident. Furthermore, staff contends the grievance box at the camp is checked
each day during the work week therefore your grievance was processed accordingly. Be advised,
present only one issue per grievance. No further action is warranted by this office.*

**Signature Authority:** _J. Back  /Back_        **Date:** AUG 0 1 2024

**Returned because:**    *Resubmit this form when corrections are made.*

- [ ] **1. Grievable time period has expired.**
- [ ] **2. Illegible/Incomprehensible.***
- [ ] **3. Originals not submitted. ***
- [ ] **4. Inappropriate/Excessive attachments.***
- [ ] **5. Malicious use of vulgar, indecent, or physically threatening language.**
- [ ] **6. Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2ⁿᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3ʳᵈ Submission** | **·CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)                    **Appendix G**





**Texas Department of Criminal Justice**

# STEP 1
## INMATE
## GRIEVANCE FORM

| OFFICE USE ONLY | |
| --- | --- |
| Grievance #: | 2024114193 |
| Date Received: | JUN 1 2 2024 |
| Date Due: | 7.27.24 |
| Grievance Code: | 6002 |
| Investigator ID #: | 2907 |
| Extension Date: | |
| Date Retd to Inmate: | JUL 0 3 2024 |

Inmate Name: Scott Simpson    TDCJ # 2079723
Unit: JM    Housing Assignment: C-4-61
Unit where incident occurred: JM

You must try to resolve your problem with a staff member ~~before~~ ore you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? I-60 to C.Duncan, Sherrill    When? 6-6-24
What was their response? See below
What action was taken? none favorable

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

On 6-6-24 Sherrill engaged me in a verbal altercation violating P.D.-22.15. She questioned me more than 3 times, repeating the same question as a rant and getting louder w/each question until she was red faced and yelling. Her question was "Simpson what do you want me to do." This was obviously a rant and not a serious question. She also accused me of snorting Effexor which I discontinued after 4 days because of the side effects. In addition she accused me of abusing Ibuprofen. Also as I was leaving her office she called out a disparaging remark of "See you on your next 10 sick calls." I've dropped numerous sick calls because I'm hurt, evidently permanently. At the beggining of the confrontation she told me the X-ray of May 2024 revealed Severe Degenerative Disc Disease in my upper back, its gotten worse compared to the X-ray in Oct.2023. I asked that she unassign me until some MRI results could be had and a course of action decided. That using my left arm & actions w/it were causing me much pain. And since I'm not yet totally crippled she refused. I'm supposing I have Radiculopathy, the same thing that occasioned lower back surgery in Nov.2023. Its been 42 days or so since I was injured and It Has Not Healed At All. Stabbing pain between my shoulder blades that goes thru my shoulder, down my arm, piercing pain in my elbow and my entire arm feels like a bad funny bone job that wont heal. All these muscles including my chest are spasming and quivering especially at night. Sherrill felt my back very briefly and disregarded what I said. Sherrill is making sure I work in pain everyday. At every opportunity she attacked what I said and twisted it into

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)**

a something it wasn't. This is also obvious in her hostile attitude and yelling. She's more than indifferent, she's intentional. She's waving a hand, saying "This is treatment" and its no such thing. When the MRI record shows my injury I want the record to show I told her numerous times. A nerve study 2½ months after the fact isn't helping the pain now. I must lay flat on my back to get a little relief. I have liver disease, not so good kidneys, a history of palsy in both arms, lower back surgery and high blood pressure.

**Action Requested to Resolve Your Complaint.**

Unassign me continuously as I was for over 5 years, or, unassign and fix my upper back. A MRI w/consultation with Dr. Spruill. Put this grievance on Sherrill's work history. A peer review present in any future consultations with Sherrill. Another provider other than Sherrill made available.

Inmate Signature: _Smith_      Date: 6-12-24

**Grievance Response:**

An investigation into your grievance was conducted. The provider and the medical chart demonstrate care and medication prescriptions for this patient are appropriate. Nursing documentation confirms this, and that the patient has refused medication. The Medical Director has reviewed the chart and agrees with the plan of care. Being medically unassigned is not indicated based on the clinical evidence. Medical care provided to this patient was appropriate, consistent with policy, and meets standards of care.

Signature Authority: _____ FHA / Travis Armstrong      Date: 6-28-24

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    **\*Resubmit this form when corrections are made.**

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| **2nd Submission** | **UGI Initials:_____** |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| **3rd Submission** | **UGI Initials:_____** |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance # 2024114193

UGI Recd Date: JUL 0 9 2024

HQ Recd Date: JUL 18 2024

Date Due: 8-23-2024

Grievance Code: 602

Investigator ID#: I0352

Extension Date: _____

Offender Name: Scott Simpson          TDCJ # 2079723

Unit: JM          Housing Assignment: 1C-4-61

Unit where incident occurred: JM

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

Since this initial grievance Sherrill has lied and said I was abusing Ibuprofen when I wasn't. She stopped my Ibuprofen script I showed Mrs Garcia the blister packs containing 46 pills Sherrill is falsifying records. I have no prescriptions for pain I was hurt again because Sherrill refused me restrictions Sherrill is intentionally hurting me.

My arm is still numb. I have radiating pain down my arm. Mr. Trevino the physical therapist put my head & neck in traction and the numbness got worse. He said there was nothing he could do. He said it would probably take 6 plus months to heal, or surgery to fix. Since I can't get enough time off for it to heal surgery seems best to you guys since your all co-signing for each other. This grievance with the Step 1 was dropped in the Grievance box on 7-8-24, the same day the Step 1 was returned to me. It wasn't returned on June 3rd as stamped.

---

**I-128 Front** (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix G

_____

_____

_____

_____

**Offender Signature:** _5cdt5._____  **Date:** _7·8·24_____

**Grievance Response:**

In your Step 1 medical grievance, you stated you are being denied appropriate medical treatment for back issues and pain management of this issue. You are requesting to be medically unassigned and to be seen by a different provider for treatment.

Review of the health record and statements submitted by the Medical Director substantiate the response at Step 1. The Step 2 appellate review defers to that response. Although you and your healthcare providers may differ in opinion regarding your needs and the medical treatment rendered, these decisions are ultimately the responsibility of the facility providers. The documentation shows you have been afforded appropriate access to medical care in accordance with Correctional Managed Health Care Policy E-37.1.

There is no further action warranted for this issue through the appellate review. It is within your best interest to participate in your own personal health care plan by attending all unit provider appointment, specialty clinic appointments and by taking all medications as prescribed.

**STEP II MEDICAL GRIEVANCE PROGRAM**
**OFFICE OF PROFESSIONAL STANDARDS**                 **08/01/2024**
**TDCJ HEALTH SERVICES DIVISION**

**Signature Authority:** _____  **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.***

☐ **6. Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**
**Initial Submission**          **CGO Initials:** _____
Date UGI Recd:_____
Date CGO Recd:_____
  (check one) ____Screened  ____Improperly Submitted
Comments: _____
Date Returned to Offender:_____
**2nd Submission**          **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd:_____
  (check one) ____Screened  ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____
**3rd Submission**          **CGO Initials:** _____
Date UGI Recd: _____
Date CGO Recd:_____
  (check one) ____Screened  ____Improperly Submitted
Comments: _____
Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                              **Appendix G**



**Texas Department of Criminal Justice**

# STEP 1
## INMATE
## GRIEVANCE FORM

| OFFICE USE ONLY | |
|---|---|
| Grievance # | 2024093298 |
| Date Received: | APR 1 9 2024 |
| Date Due: | 6.3.24 |
| Grievance Code: | 601 |
| Investigator ID #: | 2907 |
| Extension Date: | |
| Date Retd to Inmate: | MAY 3 1 2024 |

Inmate Name: Simpson, Scott    TDCJ # 2079723

Unit: Montford    Housing Assignment: 4-6

Unit where incident occurred: Trusty Camp Montfd

---

You must try to resolve your problem with a staff member before you submit a formal complaint.  The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Sherrill, provider    When? 4-11-24, numerous sick calls

What was their response? "I'm not giving you any restriction, or putting any back."    (She's seen them)

What action was taken? None favorable

---

State your grievance in the space provided.  Please state who, what, when, where and disciplinary case number if appropriate.

I've dropped numerous sick calls between 4-4-24 & 4-15-24 concerning my back and Sherrill has refused to address them. I had been medically unassigned for over 5 years and was told by Dr. Chau that I could get the restriction reapplied if the 4 hour restriction wasn't working. I have 6 herciated/bulging discs, T-11-12, L1-2, L2-3, L3-4, L4-5, and L5-S1, most w/tears and the last one fragmented and obliterating the right nerve root. Needless to say I get pinched nerves regularly especially from prolonged standing. I spoke with Dr. Spruill on 4-11-24 after seeing Sherrill. She said she was going to call to recommend to Sherrill that I be unassigned or given a sedentary restriction. Dr. Spruill said "I I should be able to sit down or stand up when I become uncomfortable", as opposed to being forced by pain to do so. That's what I've been doing for 5 years. Dr. Bayer unassigned me in 2018, then Medical Director Kim Georgiou medically unassigned me in 2019 which was in effect for 5 years. That's 3 doctors recommending I be unassigned. By refusing to even address my issues this is deliberate indifference on Sherrill's part. Probably because I grieved SS. I'm supposed to be protected under the 8th Amendment from cruel and unusual punishment, which in part states "that inmates be furnished with basic human needs" and also applied that I be protected from "imminent danger of serious physical injury". See 28 USG 1915(g)  Which is totally possible since I fragmented L5-S1 in Jan. 2023 obliterating the right nerve root. It's well known that in the medical field that back surgery makes things worse and this has been the case since my surgery on Nov. 7th 2023. With 5 other bulging discs my risks of "serious physical injury" increase

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)**

I-127 Front (Revised 8/2022)

exponentially. Deliberate indifference is ignoring all this. See Helling v. McKinney. Though I'm not seeking a monetary award Adams v Davis resonates.

I even asked for a sedentary restriction and Sherrill refused. I have to pursue this because I'm hurting so much and the potential for injury is great. Dr. Brown said next time he was going to have to put metal in my back. I have no disciplinary history, no retaliation. Obstructing using "plausible deniability" is par for the course around here.

**Action Requested to Resolve Your Complaint.**

Re Apply medically unassigned restriction as recommended by Dr. Georgiou, Dr. Spruill and Dr. Barbara Bayer. Minimum apply sedentary restriction w/4 hr restriction Per SS to see if I'm able. Transfer me if need be.

Record this on Krystal Sherrill's work history

Inmate Signature: _Scott_____    Date: 4-16-24

**Grievance Response:**

An investigation into your grievance was conducted. The notes in the patient's medical record do not exactly align with the severity of the claims made in the grievance and do not explain all his symptoms. As of 5/21/24, the inmate is medically unassigned while they test different treatments and explore other potential sources of pain. As evidenced by the Radiology report dated 5/22/24. Medical care provided to this patient was appropriate, consistent with policy, and meets standards of care.

Signature Authority: _____ FHA / Travis Armstrong _____    Date: 5-24-24

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

**Returned because:    *Resubmit this form when corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |
| **2nd Submission** | **UGI Initials:_____** |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |
| **3rd Submission** | **UGI Initials:_____** |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |

**I-127 Back** (Revised 8/2022)



**Texas Department of Criminal Justice**

# STEP 2    OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2024093298

UGI Recd Date: JUN 05 2024

HQ Recd Date: JUN 14 2024

Date Due: 7-20-2024

Grievance Code: 1001

Investigator ID#: I0352

Extension Date: _____

Offender Name: Simpson, Scott    TDCJ # 2079723

Unit: Jm    Housing Assignment: TC-4-61

Unit where incident occurred: Jm

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

The reply states in part that "my medical records do not exactly align with the severity of the claims made."

The medical records is exactly what I quoted verbatim. Its a MRI summary dated 1-19-23. These are your own records which I obtained from "medical records." These records constituted a surgery performed Nov. 7th 2023.

In those sick calls I repeatedly reported increasing pain from my lower back radiating. This coming from prolonged standing.

It is established medical fact that all the associated finding in my back cause significant and severe pain. ae Herniated discs, sciatica, spondolysis etc. etc. You state that the Radiology report dated 5-22-24 as evidenced.

This is a fallacy as that X-ray was of the neck area. Not my lower back. These are two different issues though obviously related as they are spinal. Radiating pain & nerve pain is clearly established w/ herniated discs.

I have been further injured in my upper back and its not healing. Everyday I'm being hurt repeatedly by having to use my left arm which hurting extremely in the elbow. My entire left arm feels like its been jabbed in the funny bone and it wont reside. I have a stabbing sensation between my shoulder blades. This has been going on for a month.

Sherrill will only give me 7 days off knowing she doesnt have to see me again for 10 days. She refuses to see me before thus making me inflame this injury. This is purposeful. I have the I-60's.

---

-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

I'm still asking to be unassigned contiously, 4hr or a sedentary restriction w/o 4 hr continuous restriction. I'm in alot of pain. I'm not medically unassigned I'm working

**Offender Signature:** Scott.                                    **Date:** 5-4-24

**Grievance Response:**

In your Step 1 medical grievance you reported the medical provider is refusing to prescribe you a medically unassigned medical restriction for your back problems. You want to be medically unassigned.

After a review of the grievance and clinical records, this office supports the findings in the Step 1 medical grievance response. Furthermore, on 6/6/2024, you were seen for a follow-up regarding your back issues. During this visit the provider noted you were alert, ambulated independently, sat down and stood up without difficulty, and you had refused multiple medications to help with neuropathy and you continued to refuse. Documentation reflects the provider prescribed Tylenol as needed, and it was explained to you your restrictions were current with a 4-hour restriction.

Although you and your healthcare providers may differ in opinion regarding your needs and the medical treatment rendered, these decisions are ultimately the responsibility of the facility providers, and you cannot mandate your own medical treatment. To ensure continuity of care and treatment of your chronic condition, it is within your best interest to participate in your own treatment plan by attending all scheduled appointment and by taking all medications as ordered. If you feel your situation requires further evaluation, you are advised to submit a sick call request to the medical department.

STEP II MEDICAL GRIEVANCE PROGRAM
OFFICE OF PROFESSIONAL STANDARDS                          06/26/2024
TDCJ HEALTH SERVICES DIVISION

**Signature Authority:**_____     **Date:** _____

---

**Returned because:**    *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☐ **6. Inappropriate.***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
| --- | --- |
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened ____Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back** (Revised 11-2010)                                    **Appendix G**

RS
Unit

Accepted as Original

# Texas Department of Criminal Justice

**STEP 1** 12 C 29 **OFFENDER GRIEVANCE**

| OFFICE USE ONLY | |
|---|---|
| Grievance #: | 2024049009 |
| Date Received: | DEC 27 2023 |
| Date Due: | 2-10-24 |
| Grievance Code: | 601 |
| Investigator ID #: | I2797 |
| Extension Date: | |
| Date Retd to Offender: | JAN 3 1 2024 / FEB 2 0 2024 |

Offender Name: Scott Simpson          TDCJ # 2079723

Unit: RB          Housing Assignment: 12B25

Unit where incident occurred: RB

---

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

---

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

I have 5 discs in my back that are bulging, one of which, L5-S1 has ruptured and obliterated the right nerve root.

These are T11-12 disc bulging, L1-2 disc bulging w/a tear or fissure L2-3 disc bulging w/annulear tear & fissure, L3-4 disc bulging, and L4-5 disc bulging.

It is a very common occurance for me to pinch one of these nerves and the only thing I can do is lay flat on my back to get the pressure off, that is for relief.

On November 7th 2023 I had a "laminectomy, discectomy" surgery which has thus far made things worse.

A Dr. Eric has set my medically unassigned restriction to expire on Jan. 12th 2024.

It was put in continuous by two different doctors, Georgiou and Bayer, and this guy comes along and removes it despite my protests.

Today Dec. 21st 2023 I saw provider Hile (?) and I begged and pleaded with this man not to let that restriction expire. He refused.

I told him it would be impossible for me to work given its a certainity I would pinch a nerve because it happens all the time.

I'm being set-up to be hrt.

All I want is that restriction put back in place.

My back is worse than its ever been.

---

**I-128 Front** (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix G

Put medically unassigned restriction back in place like its been for 5 years

_____

_____

_____

_____

**Offender Signature:** booth    **Date:** 12-21-22

**Grievance Response:**

A review of you Electronic Health Records (EHR) indicates, you submitted a Sick Call Request (SCR) on 12/20/23 alleging that a medically unassigned restriction was about to expire. You are requesting to have it renewed. You were evaluated by a provider in the clinic on 12/21/23 who ordered Robaxin and Tylenol but did not renew the restriction. He is advised to increase activities as recommended by the specialist. Clinical decisions are not under the authority of the complaints process or the grievance mechanism. Physicians and Physicians Extenders, by licensure and by law, have the right and responsibility to prescribe treatment. No action required. Terri Wilke, FHA

**Signature Authority:** _Terri Wilke, FHA_    **Date:** JAN 2 6 2023

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:    *Resubmit this form when corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening ... *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Inmate: | _____ |
| Date Returned to Inmate: | _____ |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Inmate: | _____ |
| Date Returned to Inmate: | _____ |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: | _____ |
| Screening Criteria Used: | _____ |
| Date Recd from Inmate: | _____ |
| Date Returned to Inmate: | _____ |

**I-127 Back** (Revised 8/2022)

(no Step 2's available)

JM Received    MAY 2 0 2024

**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER
GRIEVANCE FORM**

OFFICE USE ONLY

Grievance #: 2024040009

Date Received: FEB 23 2024

Date Due: 4-8-2024 HQ Rec...

Grievance Code: 601
10352

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

HQ rec'd FEB 28 2024

Offender Name: Scott Simpson          TDCJ # 2079723

Unit: Robertson      Housing Assignment: 12C29  4-061

Unit where incident occurred: Robertson

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _____  When?_____

What was their response? _____

What action was taken? _____

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

The specialist Dr. Brown advised me to increase my activity in a rehabilitive manner, ie. very light upright push-ups, bicycle & stretches etc.
I pinch nerves all the time and when I do, (its inevitable) I would be forced to work in extreme pain. This isn't common headache type pain but higher tier. I can't just call in sick, I will be written case after case.
I'm not asking for anything other than what two other providers have prescribed on a continuous basis with no expiration. That would be Dr. Georgiou & Bayer.
In addition this is a degenerative process and it's worse than it was when the restriction was put in place.
The surgery only was aimed at radiating pain issueing from L5/S1 and not at the other 4 bulging discs. In fact it made the other discs hurt more. I'm having trouble sitting or standing.
Everyone seems to think surgery fixed my back and thats not the case. It was never meant to fix, thats impossible.
When I pinch a nerve the only thing I can do is lay on my back to alleviate the pain. Theres nothing else that can change that fact.
The MRI summary states in part regarding L5/S1 "a considerable vertical impression upon the right nerve root"
That means standing or sitting makes it worse. The weight is making the disc mash a nerve root. This isn't your pinky being mashed.
Lastly, the Step 1 reply states "Physicians and Physicians Extenders by licensure and by law, have the right and responsibility to prescribe treatment."

---

I-127 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

If this is the code then I would like the treatment prescribed by Dr. Georgia on 3-21-2019, restriction numbers #2, #10, #14, #9, all having no expiration date. Also Barbara J Bayer prescribed a #1 continuous restriction. With other restrictions as well, I feel its a very reasonable request.

Dr. Brown did not mean to increase my activity when I pinch a nerve.

I have the records above if you dont. I can show them to you.

**Action Requested to resolve your Complaint.**

Offender Signature: _Beath_                                        Date: 2-22-24

**Grievance Response:**

    A review of the Step 1 medical grievance has been completed regarding your complaints of being denied appropriate care. You stated you had spinal surgery on 11/7/2023. You said when you returned to the unit and was denied extending your Medically Unassigned work restriction. You said you are having nerve pain and cannot work. You are asking for a medically unassigned work restriction.

    Review of the electronic health record indicated you underwent surgery on 11/7/2023. You have been seen by the providers multiple times since your discharge from the hospital. You were seen most recently on 2/6/2024. At that time, you were advised your restrictions were updated as clinically indicated. Your treatment care plan is current. Your medications are available to you as prescribed.

    You have not been assigned a job since prior to 5/16/2023. All medications, treatments, and referrals are based on the clinical findings of the provider at the time of their assessment. While you maintain the right to refuse any services offered, you do not have the liberty to dictate what medications, treatments, or appointments will be prescribed. No further investigation is warranted at this time.

Signature Authority: _____          Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for your appeal.

Returned to offender for the following reason(s). Resubmit when corrections are made.                    03/21/2024

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**I-127 Back** (Revised 11-2010)

Appendix F

*Medical Force 8600-4 Grievance*

## Texas Department of Criminal Justice

**Accept as Original**

# STEP 1 · OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2023055841

Date Received: JAN 17 2023

Date Due: 3.3.23

Grievance Code: 608

Investigator ID #: I2907

Extension Date: ___

Date Retd to Offender: MAR 27 2023

Offender Name: Scott Simpson          TDCJ # 2079723

Unit: JM/TC          Housing Assignment: TC-3-69

Unit where incident occurred: JM Trusty Camp

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Nurses Garcia & Walker          When? 1-15-23 & 1-16-23

What was their response? See below, no informal resolution possible

What action was taken? None favorable, refused medical treatment, see below

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I pinched a nerve on right side of tailbone on 1-14-23 and dropped sick call. Pain very severe, 10. The pain is so bad I can only go short distances before I must go to ground, lay on back w/knees to chest and writhe in agony until pain abates. By 1-15-23 early morning pain still extreme, no let-up. Nurse Garcia called at 6:30am, she doesn't come until 10:00am and only after CO Mrs. Young called several times. She comes and my blood pressure is 151/99. She tells me since I refused Ibuprofen on 1-4-23, 11 days earlier, that she's refusing me medical attention. She won't call ER nurse. On 1-16-23 Nurse Walker comes at 10:00am and tells me since I refused Ibuprofen & Symbalta that she too is refusing me medical attention, takes no vitals and leaves. I've told them all before that due to Ibuprofen use in the past (2011) that I had extreme intestinal bleeding and was given a blood transfusion of 3 liters. Even small amounts of Ibuprofen gives me abdominal pain just like the day I bled out. I'm scared to take it least I die. Literally. Mrs. Walker also refused to call a ambulance or ER Nurse even though I've been on my back for 3 days and 2 nights. (Tonight will be 3.) I discontinued Symbalta months ago because of the head side affects and zero pain management.

I haven't been to the chow hall (check record) because the pain is crippling. I can go only short distances, to urinate, before I crumple in agony. Sitting is beyond my ability, to endure. I now have another pinched nerve I think because its feels like I have a broke rib under my left shoulder blade. I have sores on both sides of my hips on my back for laying so long on my back with my legs up and bent at knees at a right angle

---

I-127 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix F

The pain is so bad that my whole body is flexing and I'm putting so much pressure to my head that I think I could have a stroke

My medical history shows several pinched nerves via MRI records. Right buttock and left calf are non-stop spasms.

I have many witnesses to all this

Anderson in 3-74

Starks in 3-28

~~JAN 2 3 2023~~

---

**Action Requested to resolve your Complaint.** Prompt medical attention by someone who can do something. Call an ambulance, ER nurse, do something.

**Offender Signature:** _____    **Date:** 1-16-23

**Grievance Response:**

An investigation into your grievance was conducted. Patient was offered preliminary treatment for pain, but refused. If that treatment had caused complication the patient insist will occur, then those issues would be addressed and documented. Both nurses have documented reasons to suspect the patient is not presenting symptoms honestly. Medical care provided to this patient was appropriate, consistent with policy, and meets standards of care.

**Signature Authority:** _____ Travis Armstrong FHA    **Date:** 1/31/23

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**    *Resubmit this form when the corrections are made.*

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**I-127 Back** (Revised 11-2010)

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **2nd Submission** | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |
| **3rd Submission** | UGI Initials:_____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Offender: | |
| Date Returned to Offender: | |

**Appendix F**

JUL 11 2023



**Texas Department of Criminal Justice**

# STEP 2 ~~OFFENDER~~ GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2023055841

UGI Recd Date: APR 03 2023

HQ Recd Date: APR 11 2023

Date Due: 5·18·23

Grievance Code: 008   10352

Investigator ID#: _____

Extension Date: _____

Offender Name: Scott Simpson    TDCJ # 2079723

Unit: UTI BC    Housing Assignment: TC-3-69

Unit where incident occurred: JM Trusty Camp   19Y09

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

I was immobilized and in severe pain and if your nurses cant assess that fact maybe you should re-train them. I had witnesses who sent I-60s to the Grievance Investigator who told her I was on the floor for 3½ days. No doubt you got them as she usually does her job. But in case you didnt here are there initials or signatures attesting to the above.

Rafael Villarreal TC-3-68    *Rafael Villarreal*

Kevin Anderson TC-3-74    *Kevin Anderson*

In addition you have on record my medical history confirming that I have pinched nerves and bulging discs.
Plus the MRI taken on about the 18th of January shows at least (I was given a quick review of it by medical records) stenosis in all my lumbar and a bulging disc in I think L3-L4.
All the evidence points toward me telling the truth and your deflection of that fact.
All I'm asking for is medical attention in the future if I pinch a nerve as severly as that one was.
I'm in pain all the time and I pinch nerves all the time though usually not that bad.

I-128 Front (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix G

My feet are still numb.
You gave me medication for pain that doesn't work.
My people told me they had Virden contact the Ombudsman.
and yet I was never told or informed or even consulted
by your staff

**Offender Signature:** Scott Simpson                                        **Date:** 4-1-2023

**Grievance Response:**

In your Step 1 medical grievance, you stated you have been denied medical care for pain management for back pain. You are requesting to be seen by someone who can do something to help.

Review of the health record documentation shows you were seen by nursing on 01/15/2023 and the Emergency Room nurse was notified and referred you to see the provider. You were seen on 01/16/2023 by nursing again and you were advised of your provider follow-up. You were seen by the provider on 01/17/2023. The provider order two (2) medications for your pain, referred you for a Magnetic Resonance Imaging (MRI) and advised you of pending physical therapy. Your MRI was done on 01/19/2023. An expedited referral to Neurosurgery was submitted on 01/25/2023. The provider saw you on 02/16/2023 and increased your Tegretol dosage at that time. Your referral to Neurosurgery was approved on 02/27/2023. You were next seen by the provider on 03/30/2023 who discontinued the Tegretol and started Effexor. Since your referral to Neurosurgery was approved, you have an appointment pending. It is within your best interest to participate in your own health care treatment plan by attending all scheduled appointments with specialty clinics and unit providers and by taking all medications as ordered by the providers.

There is no further action warranted for this issue as you have been provided appropriate access to care with your issues being addressed at the unit level. A Sick Call Request may be submitted if you feel your condition has changed to warrant further evaluation.

**Signature Authority:** _____    **Date:** _____

**STEP II MEDICAL GRIEVANCE PROGRAM**
04/14/2023
Return to the offender *if one or more of these comments/corrections are made.*  **OFFICE OF PROFESSIONAL STANDARDS**
**TDCJ HEALTH SERVICES DIVISION**

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

Initial Submission                CGO Initials: _____

Date UGI Recd:_____

Date CGO Recd:_____

   (check one) ____ Screened   ____ Improperly Submitted

Comments:_____

Date Returned to Offender:_____

**2ⁿᵈ Submission**                CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

   (check one) ____ Screened   ____ Improperly Submitted

Comments:_____

Date Returned to Offender: _____

**3ʳᵈ Submission**                CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd:_____

   (check one) ____ Screened ____ Improperly Submitted

Comments:_____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                                        **Appendix G**



# Texas Department of Criminal Justice

## STEP 1
### INMATE
### GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: STSAB

Investigator ID #: _____

Extension Date: _____

Date Retd to Inmate: _____

Simpson, Scott

Inmate Name: ~~Simpson~~    TDCJ # 2079723

Unit: JM    Housing Assignment: TC-4-61

Unit where incident occurred: Robertson, Clements

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? See below, sent I-60 to Aresmendez    When? 5-16-24

What was their response? no response

What action was taken? none favorable

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

JUN 03 2024

After picking up my property on 5-15-24 I noticed my entire legal folder was gone. JUN 03 2024

& My trial transcripts, all contact information and all my processed Step 1 & 2 grievances are gone. JUN 03 2024

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)**

I-127 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

JUN 0 3 2024

**Action Requested to Resolve Your Complaint.**

Send me all my Step 1 & 2 processed grievances from Jan. 2023 until March 2024. JUN 0 3 2024

**Inmate Signature:** Scott S.                              **Date:** 5-21-24

**Grievance Response:**

**Signature Authority:** _____     **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:     *Resubmit this form when corrections are made.**

☑ 1. Grievable time period has expired. 15 days
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** A. Ballard  ABallard

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

| OFFICE USE ONLY |  |
|---|---|
| Initial Submission | UGI Initials: AB |
| Grievance #: | 2024110208 |
| Screening Criteria Used: | 01-599 |
| Date Recd from Inmate: | JUN 0 3 2024 |
| Date Returned to Inmate: | JUN 0 3 2024 |
| **2ⁿᵈ Submission** | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |
| **3ʳᵈ Submission** | UGI Initials: _____ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |

**I-127 Back** (Revised 8/2022)





RECEIVED

SEP 17 2024

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Office of the Clerk
Northern District of Texas
1205 Texas Ave., Room 209
Lubbock, Tx 79401

Scott Simpson #2079723
Montford Unit/Trusty Camp
8602 Peach Avenue
Lubbock, Tx 79404